## R.A.T.S., INC. *v.* JACK L. ROSENBLIT
### (8247)

SPALLONE, DALY and LAVERY, Js.

Argued April 17—decision released April 18, 1990

*Mark S. Rosenblit,* for the appellant (defendant).
*Robert C. McCoy,* for the appellee (plaintiff).

PER CURIAM. There is no error.

## MICHAEL ROMANO *v.* DONALD ARMATINO ET AL.
### (8567)

DALY, NORCOTT and LAVERY, Js.

Argued April 4—decision released April 18, 1990

*Glenn W. Falk,* for the appellants (defendants).
*Laura S. Mitler,* for the appellee (plaintiff).

PER CURIAM. There is no error.